# IN THE SUPREME COURT OF THE STATE OF NEVADA

HOWARD VINCENT BROWN,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 79986

**FILED**

DEC 0 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for reconsideration of an order denying a motion for modification of sentence. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Cristina D. Silva, District Judge
       Howard Vincent Brown
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

19-49835